467 A.2d 51

Scuorzo v. Carey, Appellant.

Argued June 9, 1982.   David A. Scholl, for appellant;   Armando G. Salazar, for appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Order affirmed.

467 A.2d 51

· Phila. Nat'l Bank v. Kaiser Motel Co., et al.

Appeal of Robert A. Kaiser Motel Co., Inc., Arthur Nemroff, Phyllis Nemroff, Nicol C. Taylor, Virginia Taylor, Robert A. Kaiser, Jr., William L. Sherwood and Margaret Sherwood.

Argued April 14, 1983.   Alan L. Spielman, for appellants;   Peter S. Thompson, for appellee.

Before HESTER, POPOVICH and HOFFMAN, JJ.

We affirm the lower court order denying appellants' Petition to Strike/Open the Judgment by Confession.